

RECEIVED
JUN 0 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMEGUARD INSURANCE COMPANY, et al.<br>Plaintiff(s),<br><br>v.<br><br>HARRY W. LOW, et al.<br>Defendant(s). | CASE NO. 02-0748 JSW<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Harvey B. Cohen _____, an active member in good standing of the bar of Virginia _____, whose business address and telephone number is _____

Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102;

Tel: 703-610-8655, Fax: 703-610-8686; Email: hcohen@milesstockbridge.com,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs _____,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 0 8 2005

_____
Hon. Jeffrey S. White
United States District/Magistrate Judge