1
2
3
4
5
6
7

8         UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | PRIMEGUARD INSURANCE COMPANY, INC. (RRG), and 1SOURCEAUTOWARRANTY.COM, INC., | CASE NO. CV-02-748 VRW |
|---|---|---|
| | Plaintiffs and Petitioners, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| | v. | |
| | HARRY W. LOW, INSURANCE COMMISSIONER OF THE STATE OF CALIFORNIA, THE CALIFORNIA DEPARTMENT OF INSURANCE, AND JON A. TOMASHOFF, | |
| | Defendants and Respondents. | |

The Stipulation of the parties' counsel to continue the June 17, 2005 Case Management Conference is accepted by the Court. It is ordered that the Case Management conference is continued to __September 23__, 2005. Further, plaintiffs' counsel shall file a report with the court on or before August 31, 2005, regarding the status of plaintiffs' appeal to the U.S. Supreme Court.

Dated: __June 14__, 2005

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE

-1-

ORDER CONTINUING CASE MANAGEMENT CONFERENCE – CASE NO. CV-02-748 VRW

SJ/339924 1/LH