IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMEGUARD INSURANCE COMPANY, LTD.; 1SOURCEAUTOWARRANTY.COM,<br><br>Plaintiffs,<br><br>v.<br><br>HARRY W. LOW, Insurance Commissioner of the State of California; CALIFORNIA DEPARTMENT OF INSURANCE; JON A. TOMASHOFF,<br><br>Defendants. | No. C 02-00748 JSW<br><br>**ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** |

IT IS ORDERED that the motion to amend filed by Plaintiffs in the above captioned matter currently scheduled for hearing on October 28, 2005 is HEREBY CONTINUED to December 9, 2005 at 9:00 a.m. The Court FURTHER ORDERS that any opposition to this motion shall be due on August 26, 2005, and movants' reply, if any, shall be due on September 2, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 12, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE