UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRIMEGUARD INSURANCE
COMPANY, et. al.
        Plaintiff(s),

v.

HARRY W. LOW, et. al.

        Defendant(s).

CASE NO. 02-0748 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Bruce Fein Esq._____, an active member in good standing of the bar of District of Columbia____, whose business address and telephone number is 910 17th St. NW Suite 800; Washington DC; 20037; Tel: 202-775-1776; Fax: 202-478-1664_____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs_____.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10-4-05

*signed*
Hon. Jeffrey S. White
United States District Judge