1  STEPHAN A. BARBER (SBN 70070)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  80 North First Street
   San Jose, CA 95113
3  Telephone:  (408) 287-6262
   Facsimile:  (408) 918-4501
4
   HARVEY B. COHEN
5  MILES & STOCKBRIDGE P.C.
   1751 Pinnacle Drive, Suite 500
6  McLean, VA 22102
   Telephone:  (703) 903-9000
7  Facsimile:  (703) 610-8686

8  Attorneys for
   PRIMEGUARD INSURANCE COMPANY, INC.
9  (RRG), and 1SOURCEAUTOWARRANTY.COM,
   INC.
10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 PRIMEGUARD INSURANCE            CASE NO. CV-02-00748 JSW
   COMPANY, INC. (RRG), and
15 1SOURCEAUTOWARRANTY.COM,
   INC.,                           STIPULATION AND ORDER
16                                 CHANGING TIME FOR DEFENDANTS'
            Plaintiffs and Petitioners,  MOTION TO DISMISS COMPLAINT
17                                 AND CASE MANAGEMENT
        v.                         CONFERENCE
18                                 [CIVIL LOCAL RULE 6-2]
   HARRY W. LOW, INSURANCE
19 COMMISSIONER OF THE STATE OF    Hearing Date:   January 13, 2006
   CALIFORNIA, THE CALIFORNIA      Time:           9:00 a.m.
20 DEPARTMENT OF INSURANCE, AND    Courtroom:      2
   JON A. TOMASHOFF,               Judge:          Hon. Jeffrey S. White
21                                 Date Action Filed: February 12, 2002
            Defendants and Respondents.  Trial Date: Not Set
22

23

24      It is hereby stipulated between plaintiffs PRIMEGUARD INSURANCE COMPANY,

25 INC. (RRG), and 1SOURCEAUTOWARRANTY.COM, INC., by and through their local

26 counsel, Stephan A. Barber, and defendants HARRY W. LOW, INSURANCE

27 COMMISSIONER OF THE STATE OF CALIFORNIA, THE CALIFORNIA DEPARTMENT

28
   SJ/355577.1/BL1              -1-

   STIPULATION/ORDER RE CHANGING HEARING/CMC DATE — Case No. C 02-00748 JWS

1  OF INSURANCE, and JON A. TOMASHOFF, by and through their counsel, Marguerite C

2  Stricklin, as follows:

3      (1)    That the hearing for Defendants' Motion to Dismiss Complaint, currently set for

4  January 13, 2006 shall be continued by approximately 90 days to April 14, 2006 at 9:00 a.m. or

5  some other date that is convenient for the court;

6      (2)    That the due dates for filing and serving the Plaintiffs' opposition to said motion

7  and defendants' reply shall be based upon the new hearing date; and

8      (3)    The Case Management Conference set for January 13, 2006 be continued to the

9  same day and time as the Motion to Dismiss.

10 Dated: December 21, 2005    ROPERS, MAJESKI, KOHN & BENTLEY

12 By: _____
    STEPHAN A. BARBER

14 Attorneys for PRIMEGUARD INSURANCE
   COMPANY, INC.
   1SOURCEAUTOWARRANTY COM, INC.

15 Dated: December 21, 2005    BILL LOCKYER, Attorney General of the State
16     of California

18 By: _____
    MARGUERITE C. STRICKLIN

19 Attorneys for Defendants

21 **ORDER OF THE COURT**

22     The above Stipulation by counsel for the parties is accepted by the court. The hearing

23 date of January 13, 2006 at 9:00 a.m. for the hearing of defendants' Motion to Dismiss Complaint

24 and Case Management Conference is vacated. The new hearing date is ___April 14___, 2006 at

25 9:00 a.m. Plaintiffs' opposition to said motion shall be filed and served no later than 21 days

26 ///

27 ///

28 ///
SJ/355577 1/BLI

-2-

STIPULATION/ORDER RE CHANGING HEARING/CMC DATE — Case No. C 02-00748 JWS

*(Left margin: Ropers Majeski Kohn & Bentley, A Professional Corporation, San Jose)*

1 | prior to the new hearing date and defendants' reply to the opposition shall be filed and served no
2 | later than 14 days prior to the new hearing date.
3 | IT IS SO ORDERED.
4 | Dated: December 22, 2005

*[Signature: Jeffrey S. White]*
The Honorable Jeffrey S. White
JUDGE OF THE UNITED STATES DISTRICT COURT

SJ/355577 1/BL1

-3-

**STIPULATION/ORDER RE CHANGING HEARING/CMC DATE — Case No. C 02-00748 JWS**