IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIMEGUARD INSURANCE COMPANY,
INC., et al.,

        Plaintiffs,

  v.

HARRY W. LOW, et al.,

        Defendants.

No. C 02-00748 JSW

**ORDER TERMINATING CIVIL CASE ADMINISTRATIVELY**

    All proceedings in this case having been stayed by reason of the bankruptcy of a party, the Clerk of the Court is directed administratively to close the case for statistical purposes. All pending proceedings are taken off calendar. Counsel for the party in bankruptcy shall notify the Court within **30 days** of the lifting of the bankruptcy stay.

    **IT IS SO ORDERED.**

Dated: September 14, 2006

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE