1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    PRIMEGUARD INSURANCE COMPANY,
     INC., et al.,
10                                              No. C 02-00748 JSW

                    Plaintiffs,
11                                              **ORDER REQUIRING STATUS**
       v.                                       **REPORT**
12
     HARRY W. LOW, et al.,
13
                    Defendants.
14
     _____/
15

16          On September 14, 2006, this Court issued an Order administratively closing this matter

17   in light of the fact that all proceedings in this case were stayed by reason of the bankruptcy of a

18   party.  In that Order, the Court directed that counsel for the party in bankruptcy shall notify the

19   Court within **30 days** of the lifting of the bankruptcy stay.  Based upon a review of the

20   Bankruptcy Court docket, the Bankruptcy matter was closed in August 2008.  Accordingly, the

21   parties are HEREBY ORDERED to submit a status report to the Court by no later than January

22   15, 2010, in which they shall advise the Court of the status of the proceedings and whether this

23   case may be dismissed.

24          **IT IS SO ORDERED.**

25   Dated: December 9, 2009                    _____
                                                JEFFREY S. WHITE
26                                              UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California