IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIMEGUARD INSURANCE COMPANY, INC., et al.,

    Plaintiffs,

v.

HARRY W. LOW, et al.,

    Defendants.

No. C 02-00748 JSW

**ORDER TO SHOW CAUSE**

This case has been stayed due to the filing of bankruptcy by one of the Plaintiffs. Counsel for the party in bankruptcy was directed to notify the Court within 30 of the lifting of the bankruptcy. Despite the fact that the bankruptcy matter was closed in August 2008, counsel for the party in bankruptcy did not file anything in this matter until the Court issued an Order requiring a status report. In response to the Court's Order, counsel for Plaintiffs stated that they remain counsel of record for Plaintiffs in this matter, but also stated that they had not spoken to Plaintiffs for approximately two years. Counsel for Plaintiffs represented that they were not aware of any reason that would prevent this case from being dismissed.

Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing no later than January 6, 2010, as to why this case should not be dismissed for failure to prosecute. Failure to respond

///

///

///

to this Order by January 6, 2010 shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: December 21, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2