IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIMEGUARD INSURANCE COMPANY, INC., et al.,

    Plaintiffs,

v.

HARRY W. LOW, et al.,

    Defendants.
_____/

No. C 02-00748 JSW

**ORDER OF DISMISSAL**

    This case has been stayed due to the filing of bankruptcy by one of the Plaintiffs. Counsel for the party in bankruptcy was directed to notify the Court within 30 of the lifting of the bankruptcy. Despite the fact that the bankruptcy matter was closed in August 2008, counsel for the party in bankruptcy did not file anything in this matter until the Court issued an Order requiring a status report. In response to the Court's Order, counsel for Plaintiffs stated that they remain counsel of record for Plaintiffs in this matter, but also stated that they had not spoken to Plaintiffs for approximately two years. Counsel for Plaintiffs represented that they were not aware of any reason that would prevent this case from being dismissed.

    On December 21, 2009, the Court issued an Order to Show Cause directing Plaintiffs to show cause in writing no later than January 6, 2010, as to why this case should not be dismissed for failure to prosecute. The Court also noted that failure to respond to this Order by January 6, 2010 shall result in dismissal of this matter without prejudice.

1  Plaintiffs did not respond to the Court's Order to Show Cause. Accordingly, this case is
2  HEREBY DISMISSED WITHOUT PREJUDICE. The Clerk is directed to change the
3  designation from an administrative closure to a final closure.
4  **IT IS SO ORDERED.**
5  Dated: December 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California